UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| GAIL N. GOWER, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 4:06-cv-32 |
| ) | |
| GRUNDY COUNTY, TENNESSEE and ) | |
| SHERIFF BRENT MYERS, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT

This case came before the Court on the motion for summary judgment by defendants Grundy County, Tennessee, and Sheriff Brent Myers. The Honorable Harry S. Mattice, Jr., United States District Judge, having rendered a decision on the defendants' motion:

It is **ORDERED and ADJUDGED**:

that plaintiff Gail N. Gower take nothing, that the action be **DISMISSED WITH PREJUDICE** with respect to the plaintiff's Title VII, § 1983, and ADEA claims against the defendants, and that the action be **DISMISSED WITHOUT PREJUDICE** with respect to the plaintiff's state law claims against the defendants.

Dated at *Winchester, Tennessee*, this 7th day of August, 2007.

                                                */s/ Patricia L. McNutt*
                                                PATRICIA L. McNUTT
                                                CLERK OF COURT